# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN FORD,<br><br>             Plaintiff(s),<br><br>vs.<br><br>SCOTT MUELLER,<br><br>             Defendant(s). | Case No. 2:17-cv-00168-JCM-NJK<br><br>ORDER |

Pending before the Court is a stipulated discovery plan filed by Plaintiff and Defendant, in which they consent to this case being tried by a magistrate judge. *See* Docket No. 18 at 2. The third-party defendants have not yet appeared, however, and their answers are due on March 20, 2017. *Id.*; *see also* Fed. R. Civ. P. 73(a) (a magistrate judge may conduct a civil action "if all parties consent"). Accordingly, no later than March 27, 2017, the current parties shall meet-and-confer with the third-party defendants regarding whether all parties consent to the undersigned magistrate judge conducting all proceedings, including trial. Any party is free to withhold his consent without adverse substantive consequences. *See* Fed. R. Civ. P. 73(b)(2). No later than March 30, 2017, the parties shall file either (1) an executed Form AO 85 referring this civil action[1] or (2) a notice that not all parties have consented, that does not specifically identify which party or parties did not consent.

IT IS SO ORDERED.

DATED: March 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] This form is available on the Court's website at www.nvd.uscourts.gov/Files/AO_085_0109.pdf.