UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHAWN FORD, )
                                  Plaintiff(s), ) Case No. 2:17-cv-00168-JCM-NJK
vs. ) ORDER
SCOTT MUELLER, )
                                  Defendant(s). )

On March 16, 2017, Third-Party Plaintiff Scott Mueller voluntarily dismissed the third-party complaint. Docket No. 22. On March 21, 2017, Third-Party Defendant Desert Palace filed an answer, certificate of interested parties, and jury demand. Docket Nos. 25-27. As the claims against Desert Palace were previously dismissed, these filings were unnecessary. Accordingly, the Court hereby **STRIKES** Docket Nos. 25, 26 and 27.

IT IS SO ORDERED.

DATED: March 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge