**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAWN FORD, | Case No. 2:17-CV-168 JCM (NJK) |
| Plaintiff(s), | REFERENCE ORDER |
| v. | |
| SCOTT MUELLER, | |
| Defendant(s). | |

Presently before the court is the matter of *Ford v. Mueller*, case number 2:17-cv-00168-JCM-NJK.

As set forth in their amended scheduling order (ECF No. 24 at 2), the parties have consented to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings. *See, e.g.*, LR IB 2-1 ("Upon the written consent of the parties and a reference of a civil case by the district judge to a magistrate judge, a magistrate judge may conduct any or all proceedings in the case, including the conduct of a jury or non-jury trial, and may order the entry of a final judgment under 28 U.S.C. § 636(c).").

Accordingly,

IT IS ORDERED: This case is referred to Magistrate Judge Koppe to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

DATED April 6, 2017.

_____
UNITED STATES DISTRICT JUDGE