UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHAWN FORD, | ) | |
| | ) | Case No. 2:17-cv-00168-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SCOTT MUELLER, | ) | (Docket No. 32) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

On April 12, 2017, Plaintiff and Counter-Defendant filed a demand for prior discovery. Docket No. 32. Discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the document filed at Docket No. 32 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 18, 2017

NANCY J. KOPPE
United States Magistrate Judge