# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN FORD, | Case No. 2:17-cv-00168-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| SCOTT MUELLER, | |
| Defendant(s). | |

Based on filings in Case No. 2:17-cv-00999-APG-NJK, it appears that Defendant's counsel may need to withdraw as counsel in this case and may wish to seek concurrent relief therewith, such as a stay. To the extent that is the case, Defendant shall file any such motions by September 8, 2017. In the interim, the Court **DEFERS** ruling on the pending motion to consolidate (Docket No. 36).

IT IS SO ORDERED.

DATED: August 25, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge