# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN FORD,<br><br>        Plaintiff(s),<br><br>vs.<br><br>SCOTT MUELLER,<br><br>        Defendant(s). | Case No. 2:17-cv-00168-NJK<br><br>ORDER<br><br>(Docket Nos. 36, 39, 40) |

Pending before the Court is Defendant's counsel's motion to withdraw and to stay the case. Docket Nos. 39, 40. Also pending before the Court is a motion to consolidate, to which Defendant has not yet responded. *See* Docket No. 36.

For good cause shown, the motion to withdraw (Docket No. 40) is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect that Defendant is proceeding *pro se* (at least on an interim basis) and that his mailing address is the address identified at Docket No. 40 at 2.

For good cause shown, the motion to stay (Docket No. 39) is hereby **GRANTED** to afford Defendant an opportunity to retain new counsel. Unless Defendant earlier files a notice of intent to proceed *pro se* or has an attorney file a notice of appearance, the case is hereby **STAYED** until September 25, 2017. On or before that date, Defendant shall file (1) a notice of intent to proceed *pro se*, (2) a notice of an attorney's appearance, or (3) a motion or stipulation to extend the stay. Within 14 days of the lifting of the stay, the parties shall file a joint statement as to whether the scheduling order should be modified.

As the case is being stayed and as Defendant did not have a sufficient opportunity to respond to the motion to consolidate, the motion to consolidate (Docket No. 36) is hereby **DENIED** without prejudice. Once Defendant files a notice of intent to proceed *pro se* or a notice of an attorney's appearance, Touch LLC shall meet-and-confer with Defendant or his attorney, respectively, regarding consolidation. Any renewed motion to consolidate shall be filed within 14 days of the lifting of the stay.

IT IS SO ORDERED.

DATED: September 1, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge