# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN FORD, | Case No. 2:17-cv-00168-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 42) |
| SCOTT MUELLER, | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to extend. Docket No. 42. Any response shall be filed by September 29, 2017.

IT IS SO ORDERED.

DATED: September 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge