# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN FORD,<br><br>    Plaintiff(s),<br><br>vs.<br><br>SCOTT MUELLER,<br><br>    Defendant(s). | Case No. 2:17-cv-00168-NJK<br><br>ORDER<br><br>(Docket No. 42) |

Pending before the Court is Defendant's motion to extend the deadline to obtain new counsel or file a notice of intent to proceed *pro se*. Docket No. 42. No response has been filed, and the motion is hereby **GRANTED** as unopposed. *See* Local Rule 7-2(d). The aforementioned deadline is extended to October 24, 2017, and the case remains **STAYED** in the interim.

IT IS SO ORDERED.

DATED: October 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge