# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN FORD,

    Plaintiff(s),

v.

SCOTT MUELLER,

    Defendant(s).

Case No. 2:17-cv-00168-NJK

ORDER

Pending before the Court is an order for Defendant to show cause why default judgment should not be entered for his failure to comply with the Court's order to either indicate that he intends to proceed *pro se* or file a notice of appearance by a new attorney. Docket No. 47. Defendant has now responded by filing a notice that he intends to proceed *pro se*. Docket No. 48. The Court finds that filing sufficient to avoid entry of default judgment. Nonetheless, the Court **CAUTIONS** Defendant that he is required to comply with all Court orders and applicable rules moving forward. *See, e.g., King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987). **Failure to do so may result in the imposition of sanctions, including case-dispositive sanctions**.

//
//
//
//
//

1 | In all other respects the order to show cause is **DISCHARGED**.  The stay that was imposed in
2 | this case is hereby **LIFTED**.  No later than February 1, 2018, the parties shall file a joint statement that
3 | includes a schedule for this case to proceed.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge