# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAWN FORD,

        Plaintiff(s),

v.

SCOTT MUELLER,

        Defendant(s).

Case No. 2:17-cv-00168-NJK

ORDER

On January 4, 2018, the Court ordered the parties to file a joint statement that includes a schedule for this case to proceed by February 1, 2018. Docket No. 50. The parties failed to do so. The Court again **ORDERS** the parties to file a joint statement that includes a schedule for this case to proceed, this time by February 13, 2018. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

DATED: February 2, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge