# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN FORD, <br><br> Plaintiff(s), <br><br> v. <br><br> SCOTT MUELLER, <br><br> Defendant(s). | Case No. 2:17-cv-00168-NJK <br><br> ORDER |

Pending before the Court is an order for Defendant to show cause why case-dispositive sanctions should not be entered. Docket No. 56. The deadline to respond was February 28, 2018, but Defendant has not responded to date. No later than March 14, 2018, Plaintiff shall explain the damages to which it contends it is entitled (and the means by which it will prove up those damages) in the event the Court enters default judgment in this case.[1]

IT IS SO ORDERED.

DATED: March 7, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The plaintiff has the burden of "proving up" his damages to be awarded in a default judgment. *See, e.g.*, *Dolphin v. Ruiz*, 2008 WL 4552940, *3 (C.D. Cal. Oct. 9, 2008). Generally speaking, such damages are proven up through the submission of evidence (such as in a declaration) or through an evidentiary hearing. *See id.*