# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN FORD, | Case No. 2:17-cv-00168-NJK |
| Plaintiff(s), | ORDER |
| | (Docket No. 58) |
| v. | |
| SCOTT MUELLER, | |
| Defendant(s). | |

Before the Court is the parties' notice of settlement. Docket No. 58. The Court **ORDERS** the parties to file a stipulation of dismissal no later than May 14, 2018. Any other deadlines are hereby **VACATED**.

IT IS SO ORDERED.

DATED: March 19, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge