# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN FORD, | ) |
| Plaintiff(s), | ) Case No. 2:17-cv-00168-NJK |
| | ) ORDER |
| v. | ) |
| SCOTT MUELLER, | ) |
| Defendant(s). | ) |

The Court ordered the parties to file a stipulation of dismissal by May 14, 2018. Docket No. 59. The parties did not do so. No later than May 22, 2018, the parties shall file either dismissal papers or a status report.

IT IS SO ORDERED.

DATED: May 15, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge