UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHAWN FORD,

        Plaintiff(s),

v.

SCOTT MUELLER,

        Defendant(s).

Case No. 2:17-cv-00168-NJK

ORDER

The Court has now twice ordered the parties to file dismissal papers or a status report. Docket Nos. 59, 60. The deadlines set in both orders have expired without any response of any kind. The Court hereby **SETS** a hearing for the parties to explain the status of the case and to explain why they violated the preceding two orders. That hearing will take place at 10:00 a.m. on May 29, 2018, in Courtroom 3D. Because they are local, Plaintiff's counsel shall appear at that hearing in person. Defendant may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

//

//

//

//

To ensure that he has sufficient notice of this order, Plaintiff's counsel shall promptly notify Defendant of this order and shall file a declaration so attesting by May 24, 2018.

IT IS SO ORDERED.

DATED: May 23, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge