# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN FORD, ) | |
| ) | Case No. 2:17-cv-00168-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| SCOTT MUELLER, ) | |
| ) | |
| Defendant(s). ) | |

The parties have filed a stipulation for dismissal, Docket No. 63, which the Court **GRANTS**. The Court **VACATES** the hearing set for May 29, 2018. The Court **ORDERS** that this action is dismissed with prejudice, with each party to bear his own fees and costs. The Court **INSTRUCTS** the Clerk's Office to close this case.

IT IS SO ORDERED.

DATED: May 25, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge